AO 10
Rev. 1/2014

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2013

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| King, Leo L. | U.S. District Court, W.D. Ky. | 09/29/2014 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Magistrate Judge, full-time | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☑ Amended Report | 01/01/2013 to 12/31/2013 |

**7. Chambers or Office Address**

United States District Court
501 Broadway
Paducah, Ky, 42001

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| King, Leo L. | 09/29/2014 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2013 | Sherman, Carter, Barnhart, PSC, Salary |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| King, Leo L. | 09/29/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| King, Leo L. | 09/29/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Paducah Bank and Trust, Checking Account | A | Interest | J | T | | | | | |
| 2. BROKERAGE ACCOUNT #1 | | | | | | | | | |
| 3. -Wells Fargo Money Market Account | A | Interest | M | T | | | | | |
| 4. -AT&T Stock | C | Dividend | L | T | | | | | |
| 5. -Abbot Laboratories Stock | A | Dividend | K | T | | | | | |
| 6. -Abbvie Inc Stock | A | Dividend | K | T | Spinoff (from line 5) | 01/04/13 | J | | |
| 7. -Archer Daniels Midland Stock | A | Dividend | K | T | | | | | |
| 8. -Bristol Myers Squibb Stock | C | Dividend | L | T | | | | | |
| 9. -Cegene Corp Stock | A | Dividend | M | T | | | | | |
| 10. -Chevron Corp Stock | C | Dividend | M | T | | | | | |
| 11. -Comcast Corp Stock | A | Dividend | K | T | | | | | |
| 12. -Corning Inc Stock | A | Dividend | K | T | | | | | |
| 13. -Darden Restaurants Stock | B | Dividend | K | T | | | | | |
| 14. -Disney Stock | B | Dividend | M | T | | | | | |
| 15. -Exxon Stock | B | Dividend | L | T | | | | | |
| 16. -GE Stock | C | Dividend | L | T | | | | | |
| 17. -General Mills Stock | B | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| King, Leo L. | 09/29/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -Halliburton Co Stock | A | Dividend | K | T | | | | | |
| 19. -Hasbro Inc Stock | B | Dividend | K | T | | | | | |
| 20. -Intell Corp Stock | C | Dividend | M | T | | | | | |
| 21. -IBM Stock | C | Dividend | M | T | | | | | |
| 22. -McCormick & Co Inc Stock | B | Dividend | L | T | | | | | |
| 23. -Merk & Co. Stock | C | Dividend | L | T | | | | | |
| 24. -Microsoft Stock | C | Dividend | M | T | | | | | |
| 25. -Oracle Corp Stock | A | Dividend | L | T | | | | | |
| 26. -PNC Financial Services Stock | A | Dividend | K | T | | | | | |
| 27. -Nuveen Invt Fds Inc Real Estate Secs Fund Cl A | A | Dividend | L | T | Buy | 12/18/13 | M | | |
| 28. -PIMCO All Asset Authority Fund Class C | C | Dividend | M | T | | | | | |
| 29. -PIMCO FD PAC INVT MGMT, All Asst Fund Class C | C | Dividend | M | T | | | | | |
| 30. -Principal Invs Fd Real Estate Secs Fd Cl A | A | Dividend | L | | Buy | 12/18/13 | M | | |
| 31. -Principal Global Div Income Fd | C | Dividend | M | T | | | | | |
| 32. -Proctor & Gamble Stock | C | Dividend | M | T | | | | | |
| 33. -Southern Company Stock | B | Dividend | K | T | | | | | |
| 34. -Vodafone Group Stock | A | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| King, Leo L. | 09/29/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -Amer Exp Centurion Bk CD, Salt Lake City, UT | B | Interest | L | T | | | | | |
| 36. -Louisville/Jefferson Cnty Ky Metro Gvt Pkg ath riv fr city | A | Interest | K | T | | | | | |
| 37. -Paducah Ky Elec Plant Brd Rev Ser A B/E Assured GURA CPN | A | Interest | | | Redeemed | 10/01/13 | K | | |
| 38. -Shelby Cnty Ky sch dist fin corp sch bldg rev b/e | A | Interest | K | T | | | | | |
| 39. -Sallie Mae Bank CD, Murray UT | A | Interest | | | Redeemed | 04/02/13 | K | | |
| 40. -First Trust Portfolios Dividend Income Trust Seires | B | Interest | K | T | | | | | |
| 41. BROKERAGE ACCOUNT #2 | | | | | | | | | |
| 42. -Artisan Partners FDS Small Cap FDS | A | Dividend | J | T | Sold (part) | 10/14/13 | J | A | |
| 43. -Dodge & Cox FDS, Intl Stk Fd | A | Dividend | K | T | Sold (part) | 10/15/13 | J | A | |
| 44. | | | | | Buy (add'l) | 12/27/13 | J | | |
| 45. -First Eagle Funds Sogen Overseas Fund | A | Dividend | K | T | Buy (add'l) | 10/14/13 | J | | |
| 46. | | | | | Buy (add'l) | 12/26/13 | J | | |
| 47. -Goldman Sachs Tr, Finl Square Treas Instrs Fd | A | Dividend | J | T | Buy (add'l) | 10/14/13 | J | | |
| 48. | | | | | Buy (add'l) | 10/15/13 | J | | |
| 49. -Harbor Fund Cap, Appreciation Fd Instl Cl | A | Dividend | K | T | Sold (part) | 10/14/13 | J | A | |
| 50. | | | | | Buy (add'l) | 12/26/13 | J | | |
| 51. -Harris Assoc Invt Tr Oakmark Equity and Income FD | A | Dividend | K | T | Buy (add'l) | 10/14/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| King, Leo L. | 09/29/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -Janus Invt Fd, small cap value fd cl 1 | A | Dividend | K | T | Sold (part) | 10/14/13 | J | A | |
| 53. | | | | | Buy (add'l) | 12/26/13 | J | | |
| 54. | | | | | Buy (add'l) | 10/26/13 | J | | |
| 55. -Janus Invt Fd, flexible bd fd class 1 | A | Dividend | K | T | Buy (add'l) | 10/14/13 | J | | |
| 56. | | | | | Buy (add'l) | 12/26/13 | J | | |
| 57. -Metropolitan West Funds total return bd fd cl a | | | | | Buy (add'l) | 12/26/13 | J | | |
| 58. -Davis New York Venture, Fund inc cl y | A | Dividend | K | T | Sold (part) | 10/14/13 | J | A | |
| 59. -Wells Fargo FDS Emerging Mrkts Equity | A | Dividend | K | T | Buy (add'l) | 10/14/13 | J | | |
| 60. | | | | | Buy (add'l) | 12/26/13 | J | | |
| 61. -PIMCO Fds Pac Invt, mgmt ser-commodity real return | A | Dividend | K | T | Buy (add'l) | 10/14/13 | J | | |
| 62. | | | | | Buy (add'l) | 12/26/13 | J | | |
| 63. -Pioneer Ser TR I Pioneer Oak Ridge Small Cap Growth Fund | A | Dividend | K | T | Sold (part) | 10/14/13 | J | A | |
| 64. | | | | | Buy (add'l) | 12/26/13 | J | | |
| 65. -Dreyfus, Emerging Mrkts Fd cl 1 | A | Dividend | K | T | Buy (add'l) | 10/14/13 | J | | |
| 66. | | | | | Buy (add'l) | 12/26/13 | J | | |
| 67. RS Invt Tr, Value Fd cl y | A | Dividend | J | T | Sold (part) | 10/14/13 | J | A | |
| 68. T Rowe Price Real Estate, Fund Inc. | A | Dividend | J | T | Buy (add'l) | 12/26/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| King, Leo L. | 09/29/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -T Rowe Price Blue Chip, growth fd | A | Dividend | K | T | Sold (part) | 10/11/13 | J | A | |
| 70. | | | | | Buy (add'l) | 10/14/13 | J | | |
| 71. | | | | | Buy (add'l) | 12/26/13 | J | | |
| 72. -Rowe T Price Mid-Cap, growth fd inc | A | Dividend | J | T | Sold (part) | 10/14/13 | J | A | |
| 73. | | | | | Buy (add'l) | 12/26/13 | J | | |
| 74. IRA #1 | A | Int./Div. | J | T | | | | | |
| 75. -Europacific Growth Fd, cl A | | | | | | | | | |
| 76. -Growth Fund America, Cl A | | | | | | | | | |
| 77. -New Economy Fund SBI Cl A | | | | | | | | | |
| 78. -Smallcap World Fd A | | | | | | | | | |
| 79. -Wash Mutl Invs Fd Inc, Cl A | | | | | | | | | |
| 80. IRA #2 | C | Int./Div. | M | T | | | | | |
| 81. -Artisan Partners FDS Small Cap FDS | | | | | Sold (part) | 06/25/13 | J | A | |
| 82. | | | | | Sold (part) | 10/14/13 | J | A | |
| 83. -Blair William Fds, Intl Growth Fd Cl 1 | | | | | Sold (part) | 06/25/13 | J | A | |
| 84. | | | | | Sold (part) | 10/14/13 | J | A | |
| 85. -Delaware Group Adviser Fds Inc, US Growth | | | | | Buy (add'l) | 06/26/13 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| King, Leo L. | 09/29/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Sold (part) | 10/14/13 | J | A | |
| 87. -Highmark FDS Geneva Md Cap Growth | | | | | Sold | 06/25/13 | J | A | |
| 88. -Eaton Vance Globa, Macor Absolute Return Fd | | | | | Sold | 06/25/13 | J | A | |
| 89. -Goldman Sachs Tr, Finl Square Treas Instrs Fd | | | | | Buy (add'l) | 06/26/13 | J | | |
| 90. | | | | | Sold (part) | 07/12/13 | J | A | |
| 91. | | | | | Sold (part) | 10/11/13 | J | A | |
| 92. | | | | | Buy (add'l) | 10/14/13 | J | | |
| 93. | | | | | Buy (add'l) | 10/15/13 | J | | |
| 94. -John Hancock FDS II Global Absolute Return FD | | | | | Buy | 06/26/13 | J | | |
| 95. -Harris Assoc Invt Tr, Oakmark Intl Fd Cl 1 | | | | | Sold (part) | 06/25/13 | J | A | |
| 96. | | | | | Sold (part) | 10/14/13 | J | A | |
| 97. -Highland Long/short Equity Fund Class Z | | | | | Sold | 06/26/13 | J | A | |
| 98. -Pyxis Long/Short Equity Fund | | | | | | | | | |
| 99. -Hotchkis & Wiley Fds, Mid Cap Value Fd Cl 1 | | | | | Sold (part) | 06/25/13 | J | A | |
| 100. | | | | | Sold (part) | 10/14/13 | J | A | |
| 101. -Janus Invt Fd, Flexible Bd Fd Cl 1 | | | | | Sold (part) | 10/14/13 | J | A | |
| 102. -Mainstay FDS TR Marketfield Fd | | | | | Buy | 06/25/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. -John Hancock Funds II, Currency Srategies Fd | | | | | Sold | 06/25/13 | J | A | |
| 104. -JP Morgan TR 1, US Large Cap Core Plus Fd | | | | | Buy (add'l) | 06/26/13 | J | | |
| 105. | | | | | Sold (part) | 10/14/13 | J | A | |
| 106. -Neuberger Berman Alternative Fds Long Short Fd | | | | | Buy | 06/25/13 | J | | |
| 107. -Blackrock FDS Emerging MKT Long/Short Equity FD | | | | | | | | | |
| 108. -Putnam Absolute Return | | | | | Sold (part) | 06/26/13 | J | A | |
| 109. -Heartland Value Plus FD | | | | | Sold (part) | 06/25/13 | J | A | |
| 110. | | | | | Sold (part) | 10/14/13 | J | A | |
| 111. -Oppenheimer Dev Mkts, CL Y | | | | | Sold (part) | 10/14/13 | J | A | |
| 112. -PIMCO Fds Pac Invt, Mgmt ser total Return Fd | | | | | | | | | |
| 113. -PIMCO Fds Pac Invt, Mgmt ser-commodity Real Return | | | | | Buy (add'l) | 06/26/13 | J | | |
| 114. -Dreyfus, Emerging Mkts Fd, Cl 1 | | | | | Sold (part) | 10/14/13 | J | A | |
| 115. -T Rowe Price Real Est | | | | | | | | | |
| 116. -TCW Fds Inc Relative, Value Lrge Cap Fd Cl 1 | | | | | Buy (add'l) | 10/14/13 | J | | |
| 117. -Natixis Fds Tr II, Asg Mngd Futures Strategy Fd | | | | | | | | | |
| 118. | | | | | | | | | |
| 119. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| King, Leo L. | 09/29/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. TRUST #1 | A | Int./Div. | L | T | | | | | |
| 121. -Wells Fargo Money Mrkt Account | | | | | Buy | 12/26/13 | K | | |
| 122. -Bond Fund of America, Cl A | | | | | | | | | |
| 123. -Capital Income Bldr, Cl A | | | | | | | | | |
| 124. -Europacific Growth Fd, Cl A | | | | | | | | | |
| 125. -Growth Fund America, Cl A | | | | | | | | | |
| 126. -Investment Co America CL A | | | | | | | | | |
| 127. TRUST #2 | A | Int./Div. | L | T | | | | | |
| 128. -Well Fargo Money Mrkt Account | | | | | Buy | 12/26/13 | K | | |
| 129. -Bond Fund of America, Cl A | | | | | | | | | |
| 130. -Capital Income Bldr, Cl A | | | | | | | | | |
| 131. -Europacific Growth Fd,, Cl A | | | | | | | | | |
| 132. -Growth Fund America, Cl A | | | | | | | | | |
| 133. -Investment Co America, Cl A | | | | | | | | | |
| 134. 401(k) #1 | | | | | | | | | |
| 135. -American Funds Income Fnd R3 | E | Dividend | M | T | | | | | |
| 136. Royal Crown Bottling Corp (2011 Appraisal) | G | Distribution | P1 | Q | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. RC Transportation Co. (2010 Appraisal) | G | Distribution | O | Q | | | | | |
| 138. Rental Agricultural Property, Henderson County, Ky ($48,111) | E | Rent | K | S | | | | | |
| 139. POP Investments, LLC (Aggregate Ownership Arrangement) | E | Int./Div. | O | T | | | | | |
| 140. -Axis Capital Holdings LTD Stock | | | | | Buy | 10/04/13 | K | | |
| 141. -Agilent Technologies Stock | | | | | | | | | |
| 142. -Alliant Corp Stock | | | | | Buy | 10/04/13 | K | | |
| 143. -Amzn Stock | | | | | | | | | |
| 144. -Apple Inc. Stock | | | | | | | | | |
| 145. -Autozone Inc Stock | | | | | Buy | 02/27/13 | J | | |
| 146. -Atmel Corp Stock | | | | | Sold | 10/04/13 | K | A | |
| 147. -Caterpillar Inc Stock | | | | | | | | | |
| 148. -Celgene Corp Stock | | | | | | | | | |
| 149. -Centurylink Inc Stock | | | | | | | | | |
| 150. -Chevron Corp Stock | | | | | | | | | |
| 151. -Clorox Co Stock | | | | | | | | | |
| 152. -Coca Cola Co Stock | | | | | | | | | |
| 153. -ConocoPhillips Stock | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| King, Leo L. | 09/29/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. -Deere & Co Stock | | | | | | | | | |
| 155. -Du Pont E I De Nemours & Co Stock | | | | | Sold | 10/04/13 | K | D | |
| 156. -Duke Energy Corp Stock | | | | | | | | | |
| 157. -East West Bancorp Inc Stock | | | | | | | | | |
| 158. -Exxon Mobil Corp Stock | | | | | | | | | |
| 159. -FMC Technologies Inc. Stock | | | | | Buy | 11/04/13 | K | | |
| 160. | | | | | Buy (add'l) | 11/05/13 | J | | |
| 161. -F5 Networks Inc | | | | | Buy | 10/04/13 | K | | |
| 162. -Freeport-Mcmoran Copper and Gold Stock | | | | | Sold | 02/27/13 | K | A | |
| 163. -General Electric Co Stock | | | | | | | | | |
| 164. -Gilead Sciences Inc Stock | | | | | | | | | |
| 165. -HDFC Bk Ltd Stock | | | | | Sold | 10/04/13 | J | D | |
| 166. -Intel Corp Stock | | | | | | | | | |
| 167. -IBM Stock | | | | | | | | | |
| 168. -JP Morgan Chase & Co. Stock | | | | | | | | | |
| 169. -Johnson & Johnson Stock | | | | | | | | | |
| 170. -Joy Globl Inc. Stock | | | | | Sold | 07/17/13 | K | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. -Laboratory Corp Amer Hldgs Stock | | | | | | | | | |
| 172. -McDonalds Corp Stock | | | | | | | | | |
| 173. -Merk & Co. Inc Stock | | | | | | | | | |
| 174. -National-Oilwell Inc. Stock | | | | | | | | | |
| 175. -Novartis A G Stock | | | | | | | | | |
| 176. -Occidental Pete Corp Stock | | | | | | | | | |
| 177. -Oracle Corp Stock | | | | | | | | | |
| 178. -PNC Financial Services Group Stock | | | | | | | | | |
| 179. -Procter & Gambile Co | | | | | | | | | |
| 180. -Qualcomm Inc Stock | | | | | | | | | |
| 181. -Rockwood Holdings Inc Stock | | | | | | | | | |
| 182. -SBA Communications Corp Stock | | | | | Buy | 07/17/13 | K | | |
| 183. -Schlumberger LTD Stock | | | | | Sold | 11/04/13 | K | D | |
| 184. -Spectra Energy Corp | | | | | | | | | |
| 185. -Tupperware Brands Corp. Stock | | | | | | | | | |
| 186. -US Bankcorp Del Stock | | | | | Buy | 05/14/13 | J | | |
| 187. | | | | | Buy (add'l) | 05/15/13 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| King, Leo L. | 09/29/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. -Vanguard Small Cap Value ETF | | | | | | | | | |
| 189. -Virtus Insight Stock | | | | | | | | | |
| 190. -HCP Inc. Stock | | | | | | | | | |
| 191. -Washington Real Estate Invt Tr | | | | | Sold (part) | 05/14/13 | J | C | |
| 192. | | | | | Sold | 05/15/13 | J | C | |
| 193. -Fifth Third Banksafe Trust Money Market Acct | | | | | | | | | |
| 194. TRUST #3 | F | Int./Div. | P1 | T | | | | | |
| 195. -Fifth Third Banksafe Trust Money Market Account | | | | | | | | | |
| 196. -General Electric Capital Corp Bond | | | | | Redeemed | 01/02/13 | J | A | |
| 197. -Ishares Barclays Tips Bond Fund | | | | | | | | | |
| 198. -US Treasury Infl IX Bond | | | | | Sold (part) | 11/15/13 | M | C | |
| 199. -Wells Fargo Cap XII Pfd Trups Bond | | | | | Redeemed | 03/15/13 | K | A | |
| 200. -Marvell Technology Group Stock | | | | | Sold | 11/08/13 | J | A | |
| 201. -Axis Capital Holdings Stock | | | | | Buy | 10/04/13 | K | | |
| 202. -Accenture PLC Class A Stock | | | | | Buy | 08/14/13 | K | | |
| 203. -AT&T Stock | | | | | | | | | |
| 204. -Abbott Labs Stock | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 16 of 21

**Name of Person Reporting**

King, Leo L.

**Date of Report**

09/29/2014

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. -Abbvie Inc Stock | | | | | Spinoff (from line 204) | 01/04/13 | J | | |
| 206. -Alliant Corp Stock | | | | | Buy | 10/04/13 | K | | |
| 207. -Amazon Comm Inc. Stock | | | | | | | | | |
| 208. -Apple Inc Stock | | | | | | | | | |
| 209. -Atmel Corp Stock | | | | | | | | | |
| 210. -Autozone Inc Stock | | | | | Buy | 02/27/13 | K | | |
| 211. -CVS/Caremark Corp Stock | | | | | | | | | |
| 212. -Caterpillar Inc Stock | | | | | | | | | |
| 213. -Celgene Corp Stock | | | | | | | | | |
| 214. -Centurylink Inc Stock | | | | | | | | | |
| 215. -Chevron Corp Stock | | | | | | | | | |
| 216. -Citigroup Inc Stock | | | | | | | | | |
| 217. -Coca Cola Co Stock | | | | | | | | | |
| 218. -Conoco Phillips Stock | | | | | | | | | |
| 219. -Deere & Co Stock | | | | | | | | | |
| 220. -Diamond Offshore Drilling Inc Stock | | | | | Sold | 11/08/13 | J | A | |
| 221. -Du Pont I De Memours & Co Stock | | | | | Sold | 10/14/13 | K | D | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. -Ecolab Inc Stock | | | | | | | | | |
| 223. -Exxon Mobil Corp Stock | | | | | | | | | |
| 224. -Federated Kaufmann Sm Sm Cap A | | | | | | | | | |
| 225. -Freeport-McMoran Copper & Gold Stock | | | | | Sold | 02/27/13 | K | A | |
| 226. -Gilead Sciences Inc Stock | | | | | | | | | |
| 227. -HDFC Bk Ltd Stock | | | | | Sold | 10/04/13 | K | D | |
| 228. -Johnson & Johnson Stock | | | | | | | | | |
| 229. -Laboratory Corp Amer Hldgs Stock | | | | | | | | | |
| 230. -McDonalds Corp Stock | | | | | | | | | |
| 231. -Medtronic Inc. Stock | | | | | | | | | |
| 232. -Merk and Co Inc. Stock | | | | | | | | | |
| 233. -Microsoft Corp Stock | | | | | | | | | |
| 234. -Microchip Technology Inc Stock | | | | | Sold | 08/14/13 | K | C | |
| 235. -National-Oilwell Inc Stock | | | | | | | | | |
| 236. -Nextera Energy Inc Stock | | | | | | | | | |
| 237. -Novartis A G Stock | | | | | | | | | |
| 238. -Occidental Pete Corp Stock | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. -Oracle Corp Stock | | | | | | | | | |
| 240. -Procter & Gamble Stock | | | | | | | | | |
| 241. -Qualcomm Inc Stock | | | | | | | | | |
| 242. -Target Corp | | | | | | | | | |
| 243. -Templeton Global Invt Tr Frontier Markets FD | | | | | | | | | |
| 244. -Tupperware Brands Corp Stock | | | | | | | | | |
| 245. -US Bancorp Del Stock | | | | | Buy | 05/14/13 | J | | |
| 246. | | | | | Buy (add'l) | 05/15/13 | J | | |
| 247. -Vanguard Dividend Appreciation ETF | | | | | | | | | |
| 248. -Vanguard Small Cap Value | | | | | | | | | |
| 249. -Verizon Communications Stock | | | | | | | | | |
| 250. -Virtus Insight TR Emerging Mkts | | | | | | | | | |
| 251. -Wisdomtree Dieefa H/Y Eq Fund | | | | | | | | | |
| 252. -Goldman Sachs TR Satellite Strategies Port | | | | | | | | | |
| 253. -PIMCO All Asset all Auth Fund | | | | | | | | | |
| 254. -HCP Inc | | | | | | | | | |
| 255. -Ing Intl Real Estate Cl | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| King, Leo L. | 09/29/2014 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256.  -SPDR Dow Jones Global Real Estate ETF | | | | | | | | | |
| 257.  -Schwab 1000 Index Fund | | | | | | | | | |
| 258.  -Walter Energy Inc Stock | | | | | Sold | 04/10/13 | | A | |
| 259.  -SPDR Gold Trust | | | | | Sold | 06/06/13 | | A | |
| 260.  -Washington Real Estate Invt Trust | | | | | Sold | 05/10/13 | | C | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| King, Leo L. | 09/29/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Line 225 of my 2012 disclsoure erroneously stated "Sold (part)". It should have stated "Sold". All ownership interest in Frontier Communications Corp Stock was sold on July 2, 2012, and is not listed in my 2013 disclosure.

Line 97: I inadvertently omitted Highland long/short equity fund from my 2012 disclosure. It was purchased on September 10 2012 (value code J), and additional shares purchased on December 17, 2012 (Value Code J).

Lines 258, 259 and 260 of this Amended Disclosure list 3 assets sold in 2013 that I neglected to include in my 2013 annual report.

| Name of Person Reporting | Date of Report |
|---|---|
| King, Leo L. | 09/29/2014 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Leo L. King**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544